Dear Dr. xxxxxxxx

~~Thank you again for your~~As you know, the Neighbors Board of Directors recently received a letter from several our or Class B Shareholders, regarding ~~your~~their concerns and perceptions of the Neighbors enterprise.  We know that you were copied with this letter, and ~~W~~we welcome the opportunity to respond to questions and new vantage points ~~into our collective business.~~from all of our shareholders.  ~~With this premise~~In the spirit of the "Window" and the concept of full transparency ~~with which this company was founded,~~which is one of the Company's core values, please see the Board's responses below to ~~your~~the most recent Class B Shareholder inquiries: ~~communication:~~

1. Investor Turnover/Underperforming Centers.

We now have over 250 credentialed physicians within our system, ~~with people in various~~and among them we see a wide variety of stages of life and personal economic positions.  In their recent letter, the authors expressed concern that the number of underperforming centers in our enterprise ~~is fueling a panic among investors.  We want you to know that there is and has been no panic.~~is concerning to certain investors.

We have had some physicians sell their shares, and in ~~most~~ almost all of these cases there have been other physicians that have purchased these shares and assumed the associated clinical duties.  There have been a variety pf reasons for these sales, ranging from family relocation to a desire to focus more on other practice opportunities.  Yes, we cannot deny that a few of these sales were prompted by the selling physician's lack of excitement in the Neighbors opportunity.  There are a few centers that have not yet performed well enough to have distributions, and these are the centers that have had the majority of turnover.  Investing into any clinical site has associated risks, including non-performance and underperformance.  It traditionally takes over 15 months for a center to hit peak volumes, and in some cases we have not had time to hit these maturity milestones.  We want to emphasize that relatively few of the divesting physicians have made their decisions to sell based on the economic performance of the center in which they are invested.

We consider it to be good business and best practices to try to nurture any of~~r~~ our centers that are not delivering anticipated financial results.  Accordingly, the Company has~~have~~ started a "Center Performance Improvement Taskforce" which has analyzed and started working with several of our~~a few~~ centers now, including Orange.  ~~Orange has averaged double digit patient volumes subsequent to this intervention, which we consider to be hugely encouraging.~~  We believe that the recommendations of the taskforce, along with some local market changes ~~—these changes have led to a presumed~~have produced a lasting center turnaround in Orange.  We will follow revenues closely to monitor their progress.  The taskforce will continue to work with underperforming clinical locations, and we are excited about the prospect for achieving similar improvement at ~~all~~many of our underperforming locations.

1. ~~Similarly, the team will be analyzing all centers in sequence of current performance metrics.~~ As noted, ~~S~~shareholder turnover has been due to a variety of reasons, including retirement, geographic relocation, and in some cases financial uncertainty—while we are sorry to see turnover in our system, we understand that it will happen in certain instances.  We do not consider locums, ~~P~~part-time physicians ~~are not~~to be ideal ~~for these scenarios~~replacements for divesting physicians, and every effort is being made to fill these slots with system physicians.  In most areas outside of Houston, local groups have filled the entire schedule, and these centers are performing and

operating well.

2. Financial Reporting/Distributions

The recent ~~coorespondence~~correspondence from some of ~~your~~our fellow Class B shareholders included questions about financial reporting, and specific questions regarding whether successful centers are financially supporting less successful centers. We will be presenting a complete financial picture during the investor conference, and will be happy to meet with any investor group individually to go over financials. F~~-~~rom a banking perspective (and the reason WE DO NOT HAVE PERSONAL GUARANTEES!) we are a single company with a $120 million credit facility (loan package), while on the center level we have individual silo ownership that must be managed.~~Volume drop is the primary cause of decreased distributions—we will be presenting data to support these facts during the next investor conference. From a banking perspective, we are a single company with a $120 million dollar credit facility (loan package), while on the center level we have individual silos that must be managed. Underperforming centers have until now used an internal line of credit from our greater credit facility to fund working capital and startup losses. We have not used money from other centers to subsidize these centers. Now that we have disbursed most of the loan proceeds to fund new centers, we will be using our external line of credit as needed to fund working capital.~~

We believe that the way cash is managed within Neighbors may have affected distributions in some centers. This is because the Series Agreements that govern your ownership rights, and the Management and Administrative Services Agreements between Neighbors Health and the varying operating centers (all of which were made available to you at the time you invested), give the Manager, Neighbors Health, discretion over cash utilization. This has been one of the fundamental identifying characteristics of Neighbors from the outset: i.e., informed centralized management allocates assets where they are best deployed. Also, as you should be aware from your review of the organizational documents, each Series of NHS Emergency Centers, LLC that issues Class B Shares owns its own, unique "Series Business," which is the operating profit or loss realized at the associated clinical facility. There is no prohibition on the Manager making prudent reserves before calculating profits, and there is no guaranty that every dollar of revenue will be used for Shareholder Distributions. ~~Neighbors Health has never disguised the fact that some operating revenue from some centers is allocated to inter-company advances to the newer centers.~~ These transactions are ~~disclosed,~~ properly accounted for, and the inter-company accounts are reconciled periodically.

~~2.~~ The process in which distributions currently are calculated needs revamping, and we will be discussing a new way to calculate said distributions. Currently, on the first 15th day of every quarter, we distribute all money in a center's bank account that exceeds $600,000. The current methodology is simple in execution, but is not ideal for our current and future company stages. ~~We will present data on this during the investor conference as well. While we appreciate the concerns that have been raised, management will present a holistic picture that will clearly explain historical performance.~~ The main thing that will increase distributions is getting more patients through the door. On a fixed cost model, every patient above fixed costs goes toward bottom line revenue.

**Commented [MLC1]:** What new methodology? Need to discuss this ASAP before we put this in writing. Or we just take it out.

**Commented [MLC2]:** Cut a line out on "variance" and edited

3. Corporate Overhead.

In their recent communication, certain Class B investors expressed concern over whether the corporate side has cut back expenses in line with the centers~~function, and the Richmond Ave. corporate headquarters, represent unnecessary luxury~~.  Almost all aspects of the company have been trimmed and tremendous strides ~~has~~ have been made to be as lean as possible.  So far, $2.5 million per year has been cut from corporate overhead.  Please look for a summary of these corporate non-clinical changes communicated in the coming week.

~~3.~~
4. Communications.

    We have arranged for the upcoming investor conference to feature ample Q&A times for all shareholders of the company to visit with all board members and management team members, starting from early in the morning, and extending late into the night, as well as during the conference itself.  It is our goal to make people available to answer any and all questions and to ensure that shareholders have a clear and accurate understanding of our business.

~~4.~~
5. Including Class B Shareholders in Corporate Governance.

    ~~5.~~     The corresponding Class B shareholders expressed a desire to see the Class B shareholders represented in all aspects of the enterprise's corporate governance.  Corporate governance is a large and complicated issue—multiple things need to be considered before embarking on this mission including board composition, outside board representation, buy/sell rights, executive scope, and consolidation, among others.  As a shareholder base, we hope to have these conversations during and after the investor conference to assist in advancing these changes over time to continue effective governance of the entire enterprise.  To start this process, we are inviting a~~ny~~ll shareholders to attend the monthly Board of Directors meeting held on the first Tuesday of every month.  We are confident that once you observe the governance process, you will see the degree of scrutiny and analysis the entire group employs in representing shareholders from across the enterprise.  Moreover, it will enable your direct participation in our discussions regarding the expansion of the scope of shareholder representation.

Accelerated, dynamic growth has required a growing administrative function to support it.  You need to understand that the largest departments at Neighbors Corporate by headcount are in our revenue cycle company, Neighbors Practice Management, and in our Finance Department.  The Board's decision to ensure that billing, collections and accounting receive robust levels of staffing has benefitted all centers and all shareholders. While our accelerated growth has caused some inefficiencies in our operations, we as a board have directed management to cut expenses and apply lean principles to ~~get our expenses back to expected norms~~stabilize expenses. Also, due to our size, we can now aggressively renegotiate many contracts and vendor relationships, leading to considerable company-wide savings.  These changes will happen swiftly and with immediate savings.  A larger strategy of customer acquisition techniques needs to be developed individually for each center.  Jointly, both of these strategies will maximize center profitability.  ~~We are confident that with the new platforms introduced in 2017 along with a lean company stance, all shareholders will earn or continue to earn a return on their investments.~~ We look forward to presenting a full financial and operational picture of our company to all shareholders during the investor conference, along with soliciting feedback concerning the future direction and vision of the company.  Thank you again for your feedback and continued support of our company—together we will continue the trajectory we have all set out to accomplish together.

> **Commented [TG3]:** Where there are no budgets, there are no "expected norms."  I would prefer not to emphasize that there have been no budgets.

Sincerely,

Neighbors Health Board of Directors

Dr. Paul Alleyne
Dr. Michael Chang
Dr. Andy Chen
Dr. Cyril Gillman
Dr. Quang Henderson
Dr. Dharmesh Patel
Dr. Hitesh Patel
Dr. Setul Patel

**Commented [MLC4]:** You all need to proof and edit…make sure you are all comfortable signing your name to this document.